Jeffrey T. Hammerschmidt
2445 Capitol Street, Ste. 150
Fresno, California 93721
Tel: (559) 233-5333
Fax: (559) 485-3852

Attorney for Defendant, Rebecca Barber

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> REBECCA BARBER, <br><br> Defendant | Case No.: 6:07-mj-00302-WMW <br><br> WAIVER OF APPEARANCE AND ORDER <br><br> Date: January 29, 2008 <br> Time: 10:00 a.m. <br><br> Judge: Hon. William Wunderlich |

**TO:  THE UNITED STATES DISTRICT COURT; UNITED STATES ATTORNEY'S OFFICE and/or ITS REPRESENTATIVES:**

Defendant, Rebecca, by and through her attorney JEFFREY T. HAMMERSCHMIDT, hereby applies to this court for an Order Waiving her appearance at the Initial Appearance currently set for January 29, 2008, at 10:00 a.m.

The reason for this request is that it is very difficult for defendant to make the trip from her home in Las Vegas, Nevada, to Yosemite because of the distance involved.  Ms. Barber has been in continued contact with his attorney, and gives her attorney full power to act on her behalf.  The matter of the Initial Appearance has been discussed.  Ms. Barber is satisfied that all relative matters have been adequately discussed.

It is hereby requested that Rebecca Barber's appearance at the hearing on January 29, 2008, at 10:00 a.m. be excused.

//

//

Dated:  January 25, 2008           Respectfully submitted,

/s/ Jeffrey T. Hammerschmidt
_____
JEFFREY T. HAMMERSCHMIDT
Attorney for Defendant,
Rebecca Barber

* * * * * *

**ORDER**

Good cause appearing,

**IT IS HEREBY ORDERED** that defendant, Rebecca Barber, is hereby excused from appearing at the Initial Appearance currently scheduled for January 29, 2008, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **January 28, 2008**              /s/  **William M. Wunderlich**
                                       UNITED STATES MAGISTRATE JUDGE