**CAROL ANN MOSES #164193**
Attorney at Law
545 East Alluvial, Suite 112
Fresno, California 93720
Telephone (559) 449-9069
Facsimile (559) 449-9016

Attorney for Defendant, REBECCA BARBER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES GOVERNMENT,   )<br>                              )<br>            Plaintiff,       )<br>                              )<br>                              )<br>                              )<br>vs                            )<br>                              )<br>REBECCA BARBER,               )<br>                              )<br>            Defendant.        )<br>_____) | CASE NO. 6:07-mj-00302-WMW,<br><br>STIPULATION TO CONTINUE<br>STATUS CONFERENCE UNTIL<br>JUNE 17, 2008 |

    IT IS HEREBY STIPULATED by and between the Defendant, REBECCA BARBER, her Attorney of record, Carol Ann Moses, and the Legal Officer for the National Park Service, ELIZABETH WALDOW, that the Status Conference in the above-captioned matter currently scheduled for May 13, 2008, at 10:00 a.m. be continued until June 17, 2008 at 10:00 a.m. due to Defendant's recent change of counsel.  New defense counsel needs an opportunity to obtain previous counsel's file, review discovery, and meet and confer with client.

Dated: May 12, 2008

                                    By: /s/ Carol Ann Moses
                                        CAROL ANN MOSES
                                        Attorney for Defendant
                                        REBECCA BARBER

Dated: May 12, 2008

                                    By: /s/ Elizabeth Waldow
                                        Elizabeth Waldow
                                        Legal Officer for
                                        United States Government

1
STIPULATION TO CONTINUE  STATUS CONFERENCE AND ORDER THEREON

| | |
|---|---|
| 1 | * * * PROPOSED ORDER * * * |
| 2 | The Court, having reviewed the above request for a Continuance of Status Conference |
| 3 | until June 17, 2008 and Order Thereon, HEREBY ORDERS AS FOLLOWS: |
| 4 | 1.    The Status Conference for Defendant, REBECCA BARBER, shall be |
| 5 |       continued to June 17, 2008 at 10:00 a.m. |
| 9 | IT IS SO ORDERED. |
| 10 | **Dated:   May 13, 2008          /s/ William M. Wunderlich** |
| | UNITED STATES MAGISTRATE JUDGE |